Cite as 2019 Ark. 235

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered:** June 20, 2019 |

## PER CURIAM

H. David Blair, Esq., of Batesville is reappointed to the Committee on Civil Practice for a term to expire on July 31, 2022. The court thanks Mr. Blair for his continued service as the Chair of the Committee.